**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,           Case No.    10-CR-20705-9

vs.

BENJAMIN YOUHANNA,

       Defendant.
_____/

**ORDER FOR DETENTION PENDING TRIAL**

A hearing was held on March 8, 2012 for a review upon remand of the court's order denying bond entered on November 18, 2011. Defendant Youhanna appealed this order to the United States Court of Appeals and it was remanded for further consideration of whether there were any conditions that would reasonably assure Mr Youhanna's appearance, the safety of others and the community. For the reasons stated on the record, the request for bond is **DENIED.** Therefore,

IT IS HEREBY ORDERED that the defendant is **REMANDED** to the custody of the United States Marshal until further order of the court.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: March 14, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 14, 2012, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522

S:\Cleland\JUDGE'S DESK\Lisa's Folder\10-20705 YOUHANNA Deny Bond.wpd